PD-0446-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/21/2015 1:35:02 PM
Accepted 4/22/2015 10:17:33 AM
ABEL ACOSTA
CLERK

PD-_____

CAUSE NO. 11-13-00060-CR

**IN THE COURT OF CRIMINAL APPEALS OF TEXAS**
**AUSTIN, TEXAS**

_____

**ASHLEY JACK CODY HENDERSON,**
**Appellant**
**v.**
**THE STATE OF TEXAS,**
**Appellee**

_____

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO**
**FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL**
**APPEALS OF TEXAS:**

**COMES NOW,** ASHLEY JACK CODY HENDERSON, appellant, by and through his attorney of record and files this, his first motion for an extension of time within which to file appellant's petition for discretionary review (PDR).  In support of said motion, appellant would respectfully show this Honorable Court as follows:

I.

On January 16, 2013 appellant was convicted in the 39th Judicial District Court of Haskell County, Texas of possession of controlled

1

substance in cause number 6547, said cause being styled ***The State of Texas v. Ashley Jack Cody Henderson***. Appellant was assessed a sentence of sixty (60) years' imprisonment in TDCJ and is incarcerated.

## II.

The Court of Appeals for the Eleventh District at Eastland, Texas, by opinion dated March 26, 2015, affirmed the conviction.

This first motion for extension of time within which to file appellant's PDR is filed on or before the due date for the filing of said PDR pursuant to **Rules 4 and 9.2 Texas Rules of Appellate Procedure.**

## III.

Although counsel has made diligent effort to complete the PDR herein, counsel has been unable to adequately research and prepare the PDR for consideration by this Honorable Court.

Appellant relies on the following facts as good cause for the requested extension: The undersigned has had numerous appellate deadlines in the Courts of Appeal for the Third and Eleventh Districts and the Court of Criminal Appeals in the past thirty days, all of which preceded the filing deadline herein including: The filing of a brief in ***Antonious Brinson v. The State of Texas***, Cause No. 03-14-00702-CR on April 6, 2015, the filing of PDR's in ***Jeremy Steadman v. The State of Texas*** on March 16, 2015,

Cause No. PD-0288-15, and *Allen DeLoach v. The State of Texas*, Cause No. PD-0283-15 on March 16, 2015, and the preparation of briefs in *Robert Conrad Zepeda v. The State of Texas*, Cause Nos. 11-14-00254-CR and 11-14-00255-CR presently due April 26, 2015.

Counsel does not seek this additional time to intentionally disregard this Honorable Court's docket and scheduling order, but the effective preparation of the PDR in this matter has been impossible due to the reasons stated above and because of which Counsel seeks an additional thirty (30) days within which to file appellant's petition for discretionary review.

**WHEREFORE,** appellant prays that the Honorable Justices of this Court would, in all things, grant this first motion for extension of time within which to file appellant's petition for discretionary review and would extend the deadline in this cause to May 28, 2015.

Respectively submitted,

**COPELAND LAW FIRM**
P.O. Box 399
Cedar Park, TX  78613
Phone:  512.897.8196
Fax:  512.215.8114
Email:  tcopeland14@yahoo.com

By:  /s/  Tim Copeland
        Tim Copeland
        State Bar No. 04801500
        Attorney for Appellant

3

## CERTIFICATE OF SERVICE
## AND OF COMPLIANCE WITH RULE 9

This is to certify that on April 21, 2015, a true and correct copy of the above and foregoing document was served on Michael Fouts, District Attorney of Haskell County, P.O. Box 193, Haskell, Texas 79521 and the State Prosecuting Attorney, PO Box 12405, Capital Station, Austin, Texas 78711 in accordance with the Texas Rules of Appellate Procedure and, further, that this motion is in compliance with Rule 9 of the *Texas Rules of Appellate Procedure* and that portion which must be included under Rule 9.4(i)(1) contains 608 words.

.

/s/ Tim Copeland
Tim Copeland